In the Matter of JACOB L. DIAMOND, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, October 2, 1951.

*Frank H. Gordon* for petitioner.

*Joseph L. Greenberg* for respondent.

*Per Curiam.* Respondent admits that he improperly commingled funds of a client with his own funds. However, all money has now been properly accounted for by respondent who has been frank in his statements to the Grievance Committee of the Bar Association. The facts not being in dispute, there is no need of a reference of this matter. The court is of opinion that, in view of mitigating circumstances, a censure will be sufficient punishment.

The respondent should be censured.

PECK, P. J., GLENNON, DORE, COHN and SHIENTAG, JJ., concur.